

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

RICKY GLEN GRUMBLES, § No. 08-23-00085-CV

Appellant, § Appeal from the

v. § 70th Judicial District Court

THE STATE OF TEXAS, § of Ector County, Texas

Appellee. § (TC# A-28,268)

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF AUGUST, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.